MARSHA L. MORROW, State Bar No. 71903
EDWARD J. TAFE, State Bar No. 175888
COLLIAU ELENIUS MURPHY CARLUCCIO
 KEENER & MORROW
405 Howard Street, Suite 600
San Francisco, CA  94105
Phone: (415) 932-7000
Fax: (415) 932-7001
E-Mail:  marsha.morrow@cna.com
            edward.tafe@cna.com

Attorneys for Plaintiff
NATIONAL FIRE INSURANCE COMPANY OF
HARTFORD, SUCCESSOR BY MERGER TO
TRANSCONTINENTAL INSURANCE COMPANY,
ERRONEOUSLY SUED AS TRANSCONTINENTAL
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MARK ROBERTS, BEVERLY ROBERTS, and DOES 1 through 20,<br><br>Defendants. | Case No.:  4:08-CV-2957 SBA<br><br>**CERTIFICATION OF INTERESTED PERSONS OR ENTITIES**<br>**(CIVIL LOCAL RULE 3–16)** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that, in addition to the parties named in this action, the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter

or in a party that could be substantially affected by the outcome of this proceeding: National Fire Insurance Company of Hartford, successor by merger to Transcontinental Insurance Company, is owned by Continental Casualty Company, which itself is owned by The Continental Corporation, which is not publicly traded. The Continental Corporation is owned by CNA Financial Corporation, which has issued shares to the public. Loews Corporation, a publicly traded company, owns the majority of the stock of CNA Financial Corporation. No other corporation owns 10% or more of the stock of CNA Financial Corporation.

Dated: June 17, 2008

COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW

By: /s/ Marsha Morrow
MARSHA L. MORROW
EDWARD J. TAFE
Attorneys for Plaintiff
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD, SUCCESSOR BY MERGER TO
TRANSCONTINENTAL INSURANCE COMPANY