|   |   |
|---|---|
| 1 | MARSHA L. MORROW, State Bar No. 71903 |
| 2 | EDWARD J. TAFE, State Bar No. 175888<br>COLLIAU ELENIUS MURPHY CARLUCCIO |
| 3 | KEENER & MORROW<br>405 Howard Street, Suite 600 |
| 4 | San Francisco, CA  94105<br>Phone: (415) 932-7000 |
| 5 | Fax: (415) 932-7001<br>E-Mail:  marsha.morrow@cna.com |
| 6 |              edward.tafe@cna.com |
| 7 | Attorneys for Plaintiff<br>NATIONAL FIRE INSURANCE COMPANY OF |
| 8 | HARTFORD, SUCCESSOR BY MERGER TO<br>TRANSCONTINENTAL INSURANCE COMPANY, |
| 9 | ERRONEOUSLY SUED AS TRANSCONTINENTAL<br>INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, SUCCESSOR BY MERGER TO TRANSCONTINENTAL INSURANCE COMPANY,<br><br>              Plaintiff,<br><br>vs.<br><br>MARK ROBERTS, BEVERLY ROBERTS, and DOES 1 through 20,<br><br>              Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **CIVIL ACTION NO.:  CV 08-2957 SBA**<br><br>**REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE PURSUANT TO RULE 41(A)** |
|---|---|---|

/ / /

/ / /

/ / /

REQUEST FOR DISMISSAL WITH PREJUDICE - 1
CASE NO.: CV 08-2957 SBA

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff National Fire Insurance Company Of Hartford, Successor By Merger To Transcontinental Insurance Company ("National Fire") hereby requests that the entire action be dismissed with prejudice, with all parties to bear their own costs and fees.

Dated: August 18, 2008

COLLIAU ELENIUS MURPHY CARLUCCIO KEENER & MORROW

By: *Marsha L. Morrow*
MARSHA L. MORROW
Attorneys for Plaintiff
NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD, SUCCESSOR BY MERGER TO
TRANSCONTINENTAL INSURANCE COMPANY